UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

IN RE: )
) CASE NO: 18-01884-RLM-13
DEBRA JO ARNOLD, )
)
    Debtor(s) )

## **MOTION TO AVOID JUDICIAL LIEN**

The Debtor(s) hereby move the Court pursuant to 11 U.S.C. §552 (f)(1)(A) to avoid the lien of OneMain Financial of Indiana, Inc. as servicer for Wilmington Trust, N.A. on the following described property:

    Lot numbered eighty-six (86) in the Alexandria Land and Gas Company's First Addition to the City of Alexandria.

    Commonly known as:
    203 North Belmont Street
    Alexandria, IN 46001

    -referred to as the "Property"

In support of said Motion, the Debtor submits the following information:

1. The Debtor filed this case on March 21, 2018 – referred to as the "Petition Date."

2. The creditor obtained a judgment lien on the real property described above. That judgment was obtained pre-petition on January 31, 2018, filed in Madison County Circuit Court, Division 1, under Case No. 48C01-1712-CC-1594.

3. The value of the property as of the Petition Date is $48,900.00.

4. The other mortgages and/or liens on the Property are as follows:
    a. PHH Mortgage Services - $48,503.00

5. The lien(s) debtor will be seeking to avoid by separately filed motion(s) is/are as follows: None

6. The amount of the exemption to which the debtor(s) would be entitled but for the lien is $19,300.00.

7. The creditor's lien is in the approximate amount of $7,812.26 plus costs and interest.

8. The Property has been claimed as exempt. The lien impairs an exemption of the Debtor and is subject to avoidance under 11 U.S.C. §552 (f).

**NOTICE IS GIVEN** that any objection must be filed with the Bankruptcy Clerk within **21 days** of the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objections by U.S. Mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse
46 E Ohio St.
Indianapolis, IN 46204

The objecting party must ensure delivery of the objection to the party filing the motion. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Debtor(s) move(s) the Court to enter an order avoiding the judicial lien and granting such other relief as may be appropriate.

/s/ NiCale L. Rector
NiCale L. Rector #23102-49
Law Office of NiCale Rector
421 West 9th Street
Anderson, IN 46016
Ph: (765) 608-4422
Fax: (765) 608-4455
NiCale@Comcast.net

# CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the Motion to Avoid Lien was served by either electronic notice or by placing a copy in the U.S. Mail, postage prepaid, this 5th day of April, 2018, upon the following:

Office of the U S Trustee
Ustpregion10.in.ecf@usdoj.gov

John Hauber
Chapter 13 Trustee
ecfmail@hauber13.com;
ecfmail1@hauber13.com

OneMain Financial of Indiana, Inc.
as servicer for Wilmington Trust, N.A.
Attn: Highest Officer Found
PO Box 10497
Greenville, SC 29603

Wilmington Trust, N.A.
Attn: Highest Officer Found
1100 N Market Street
Wilmington, DE 19801
VIA CERTIFIED MAIL

Bleeker Brodey & Andrews
9247 N Meridian Street, Suite 101
Indianapolis, IN 46260

/s/ NiCale L. Rector
NiCale L. Rector #23102-49
Law Office of NiCale Rector
421 West 9th Street
Anderson, IN  46016
Ph: (765) 608-4422
Fax: (765) 608-4455
NiCale@Comcast.net