

**SO ORDERED: May 2, 2018.**

_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

IN RE: )
) CASE NO: 18-01884-RLM-13
DEBRA JO ARNOLD, )
)
Debtor(s) )

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN

The debtor has filed a motion pursuant to 11 U.S.C. Section 522 (f)(1)(A) seeking to avoid the judicial lien of OneMain Financial of Indiana, Inc. as servicer for Wilmington Trust, N.A. in the property described herein:

Lot numbered eighty-six (86) in the Alexandria Land and Gas Company's First Addition to the City of Alexandria.

Commonly known as:
203 North Belmont Street
Alexandria, IN 46001

-referred to as the "Property"

It is therefore ORDERED by the Court that the Motion to Avoid Judicial Lien regarding OneMain Financial of Indiana, Inc. as servicer for Wilmington Trust, N.A. filed in the Madison County Circuit Court, Div. 1, being Case Number 48C01-1712-CC-1594 is hereby GRANTED.

###